**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7589**

_____

GARY WALL,

Plaintiff – Appellant,

v.

DAVID ROBINSON, Regional Director of the VA. D.O.C.; KELLY,
Chief Warden of SX-I SP; EVERETT, Chief Warden of SX-II SP;
CAIN, Sgt.C; Officer of SX-II SP; FLEMING, Sgt. H; Officer
of SX-II SP; ROYALS, Lt.; Officer of SX-II SP; RODRIQUEZ,
Inmate hearings officer of SX-II SP; K. FOWLKES, 3 Building
Unit Manager of SX-II SP; UNKNOWN NAME "GREY", Lt.; Officer
of SX-II SP; LT. RUFFIN,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, Senior
District Judge.  (1:09-cv-00574-TSE-TCB)

_____

Submitted:  January 28, 2013          Decided:  March 8, 2013

_____

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Gary Wall, Appellant Pro Se.  John Michael Parsons, Assistant
Attorney General, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Wall appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wall v. Robinson, No. 1:09-cv-00574-TSE-TCB (E.D. Va. Aug. 22, 2012). Wall's motion to appoint counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2